ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendants
Bank of America, N.A., for itself and as successor
by merger to BAC Home Loans Servicing, LP;
ReconTrust Company; Mortgage Electronic
Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN GUERTIN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JESSICA ULARY; ELISE E. KROUSSAKIS; ANGELA NAVA; LOUIS M. HEBB; and DOES 1-100,<br><br>　　　　　　　Defendants. | Case No.: 2:11-cv-00676-RCJ-PAL<br><br>**ORDER CANCELING LIS PENDENS** |

　　　　On February 7, 2012, Plaintiff filed a Voluntary Dismissal without Prejudice as to Defendants RECONTRUST COMPANY, N.A., BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP, and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (collectively, **Defendants**) [Dkt. 9].

　　　　Defendants requests that the lis pendens Plaintiff KAREN GUERTIN (**Plaintiff**) recorded against the subject property be canceled.

　　　　The Court finds that Plaintiff recorded a Notice of Lis Pendens (**Lis Pendens**) on or about April 29, 2011, as Instrument Number 201104290002307 in real property records maintained by the

{23978042;1}

Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged, and decreed that the above-referenced Lis Pendens is hereby canceled, released, and expunged.

2. It is further ordered, adjudged, and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged, and decreed that Defendant record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: 04-03-2012

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Diana S. Erb
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants*
*Bank of America, N.A., for itself and as*
*successor by merger to BAC Home Loans*
*Servicing, LP; ReconTrust Company;*
*Mortgage Electronic Registration Systems,*
*Inc.*

{23978042;1}